FILED
SCRANTON

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FEB 1 6 2012

Per_____ M.E.P.
DEPUTY CLERK

| | | |
|---|---|---|
| STEWART PREBLE, | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. 3:10-1896 |
| v. | : | |
| | : | (JUDGE NEALON) |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security, | : | (MAGISTRATE JUDGE CARLSON) |
| Defendant | : | |

## ORDER

**NOW**, this 16th day of February, 2012, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation (Doc. 12) is **ADOPTED**.

2. Plaintiff's appeal is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

_____
United States District Judge