**FILED**
**SCRANTON**

FEB **1 6** 2012

Per_____ M. S. P.
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART PREBLE,<br>   Plaintiff | : <br> : <br> : |
| v. | : CIVIL ACTION NO. 3:10-1896 <br> : <br> : (JUDGE NEALON) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>   Defendant | : <br> : (MAGISTRATE JUDGE CARLSON) <br> : |

## ORDER

**NOW**, this 16th day of February, 2012, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation (Doc. 12) is **ADOPTED**.

2. Plaintiff's appeal is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

_____
United States District Judge